IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAYLON THIJAY RANDLE,<br><br>                Defendant. | CASE NO. 5:21-MJ-00047-JLT<br><br>ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **October 1, 2021**

                                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT